## DRENNON v. STATE.
### No. 25928.

Court of Criminal Appeals of Texas.
June 25, 1952.

———————

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon a plea of guilty, appellant was convicted of the offense of unlawfully carrying a pistol and assessed a fine of $100 as punishment therefor.

The record is before us with neither statement of facts nor bills of exceptions. Nothing being presented for review and all proceedings appearing regular, the judgment is affirmed.

Opinion approved by the Court.